1048

[No. 24152-8-II.    Division Two.    May 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD L. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01225-9, Leonard W. Kruse, J., entered December 18, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 24218-4-II; 24247-8-II.    Division Two.    May 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LYNN OLSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY ALAN WILSON, *Appellant*.

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 98-1-00443-9 and 98-1-00444-7, David E. Foscue, J., entered January 4, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 24379-2-II.    Division Two.    May 5, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MARLIN L. AYERS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04440-5, Grant L. Anderson, J., entered February 10, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.